UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-128-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO UNSEAL INDICTMENT |
| | ) | |
| LUIS ANGEL ESTRATA-SERNA | ) | |

Upon motion of the United States of America, and for good cause shown, the above-captioned Indictment is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina as to defendant, LUIS ANGEL ESTRATA-SERNA, only. It is further ORDERED that the defendant be provided a copy of the Indictment, redacted with regard to the names of any codefendant not yet in custody.

This  12th  day of July, 2013

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE